# EXHIBIT 29

APP000116

Article 14: ACH Invoice to customer ready to buy a laser from Full Spectrum Laser who was contacted by Hurricane Laser and lost sale to Hurricane Laser. True loss of $8,245.

**FULL SPECTRUM LASER, LLC**
7310 Smoke Ranch Rd., Unit D
Las Vegas, NV 89128
702-605-0644(o)
650-215-9917 (f)

"I (we), Dave Rademacher, hereby authorize Full Spectrum Laser, LLC, hereinafter called COMPANY to initiate debit entries to my (our) Checking or Savings accounts in the amount of

**$8,245** as a single debit on **December 6, 2011**

at the depository financial institution named below, hereafter called DEPOSITORY, and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of the U.S. law."

Depository Name _____  Branch _____
City _____  State _____  Zip _____
Routing Number _____  Account Number _____

This authorization is to remain in full force and effect until COMPANY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

Name(s) (Print) _____Dave Rademacher_____

Date_____ _____

Signature(s)_____

_____

Note: Debit authorizations must provide that the Receiver may revoke the authorization only by notifying the Originator in the manner specified in the authorization.

APP000117